UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YOSHIKI OKADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-01338 (LO/TCB) |
| ) | |
| JOHN DOE, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Default Judgment (Dkt. 10). At the December 7, 2018, hearing, the undersigned requested supplemental briefing from Plaintiff, which the undersigned received on December 20, 2018. However, the undersigned still requires additional briefing from Plaintiff. Accordingly, it is hereby

ORDERED that Plaintiff file a supplemental brief detailing: (1) how he has obtained common law trademark ownership in each of the Defendant Domain Names and (2) exactly what type of advertising services Plaintiff provided on Defendant Domain Names.

ENTERED this 16th day of January, 2019.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia