UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YOSHIKI OKADA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18-cv-01338 (LO/TCB) |
| JOHN DOE, et al., | ) |
| Defendants. | ) |

## ORDER

THIS MATTER comes before the Court on Plaintiff Yoshiki Okada's Motion for Default Judgment as to All Defendants (Dkt. 10). Since Plaintiff filed his motion for default judgement on November 29, 2018, the Court has requested several rounds of supplemental briefing, Defendant olp.com appeared in the case and successfully set aside default, Plaintiff Okada seemingly abandoned the case,[1] and Plaintiff-Intervenor Mark Thompson was granted leave to intervene in this matter. Given those developments, the Court does not find it appropriate to grant default judgment at this time. Accordingly, it is hereby

ORDERED that Plaintiff Yoshiki Okada's Motion for Default Judgment as to All Defendants (Dkt. 10) is DENIED WITHOUT PREJUDICE.

ENTERED this 27th day of August, 2019.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia

---

1. The Court previously issued a Rule to Show Cause for Plaintiff Okada (Dkt. 50), but terminated the hearing on the Rule to Show Cause on July 12, 2019. Accordingly, there is no pending Rule to Show Cause for Plaintiff Okada.