IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Yoshiki Okada | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-01338-LO-TCB |
| | ) | |
| John Doe, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

## **ORDER**

This matter is before the Court on the Motion to Dismiss Plaintiff Okada's Complaint for failure to state a claim as to the domain OLP.COM by Defendant OLP.COM, Inc. (Dkt. 42), Intervenor Mark Thompson's oral motion for default judgment, and all other pending motions, which are now resolved and decided with this Order.

Plaintiff Yoshiki Okada's Complaint was filed on October 26, 2018. (Dkt. 1). With no other party having appeared in the case after service by email and publication, the clerk entered default on November 27, 2018. (Dkt. 9). Plaintiff Okada moved for default judgment on November 29, 2018. (Dkt. 10).

On April 12, 2019 counsel for OLP.COM, Inc. appeared, and entry of default was set aside as to the domain OLP.COM. (Dkt. 23, 32, and 33). On May 23, 2019 counsel for Defendant OLP.COM filed a motion to dismiss Plaintiff Okada's Complaint for failure to state a claim as to the domain OLP.COM. (Dkt. 42).

Mark Thompson filed a motion to intervene on June 21, 2019. (Dkt. 52). Intervenor Thompson's motion to intervene was granted on July 25, 2019. (Dkt. 67). On August 2, 2019, Intervenor Thompson filed his Complaint in Intervention. (Dkt. 69).

On August 23, 2019, Defendant OLP.COM filed a motion to dismiss Intervenor Thompson's Complaint in Intervention as to the domain OLP.COM. (Dkt. 71). Intervenor Thompson filed a First Amended Complaint in Intervention omitting claims against the domain OLP.COM. (Dkt. 75). Defendant OLP.COM withdrew its motion to dismiss Intervenor Thompson's Complaint in Intervention as to the domain OLP.COM. (Dkt. 76).

On September 13, 2019 and with a pretrial conference set for the following week, the Court held a hearing on Defendant OLP.COM's motion to dismiss Plaintiff Okada's original Complaint with respect to the domain OLP.COM (Dkt. 77) and on Intervenor Thompson's oral motion for entry of default judgment as to the remaining domains named in the Okada Complaint (Dkt. 1) and Intervenor's First Amended Complaint in Intervention (Dkt. 75).

Based on a review of the aforementioned documents and their supporting exhibits, the Court Orders the following:

It is hereby **ORDERED** that Intervenor Thompson's Motion for Default Judgment is **GRANTED** and Plaintiff's Motion for Default Judgment is **GRANTED IN PART**. Intervenor Thompson's and Plaintiff Okada's claims against the domain names ZHANG.COM, FDE.COM, WOK.COM, TANG.COM, JOL.COM, EOL.COM, NNN.COM, and WTV.COM are **GRANTED**. Plaintiff Okada's and Intervenor Thompson's claims against Defendant John Doe are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that Defendant OLP.COM, Inc.'s Motion to Dismiss Plaintiff Okada's Complaint as to the OLP.COM domain is **GRANTED**. Plaintiff Okada's claims against the domain OLP.COM are **DISMISSED WITH PREJUDICE**. Specifically, it is further **ORDERED** that VeriSign, Inc. shall change the registrar of record for OLP.COM to GoDaddy Operating Company, LLC, the registrar being specified by Defendant OLP.COM, INC., and the registrar shall take the necessary steps to register OLP.COM, INC. as the registrant for the OLP.COM domain name.

It is further **ORDERED** that Intervenor's motion regarding escrow is **GRANTED**. Ownership of the domain NNN.COM shall be held in escrow by ESQwire.com, P.C. and transferred to Intervenor Thompson when Intervenor Thompson pays the amount, which is specified in the agreement filed in this case, to ESQwire.com, P.C. Specifically, it is further **ORDERED** that VeriSign, Inc., shall transfer the registration of the NNN.COM domain name to ESQwire.com P.C. at GoDaddy, Inc. (Username: Esqwire; Account No. 2417140) in escrow. ESQwire.com, P.C. is hereby ordered to then transfer the NNN.COM domain to a registrar and account Intervenor Thompson designates once Mr. Thompson transfers the remaining purchase price to ESQwire.com, P.C.. Once that transfer to Intervenor Thompson is complete, ESQwire.com, P.C. is ordered to transfer the additional purchase price to Plaintiff Okada.

It is further **ORDERED** that VeriSign, Inc. shall transfer the remaining Defendant Domain Names, namely ZHANG.COM, FDE.COM, WOK.COM, TANG.COM, JOL.COM,

EOL.COM, and WTV.COM, to the account associated with Plaintiff Yoshiki Okada with Enom LLC (eNom.com), Plaintiff Okada's original domain registrar of the Defendant Domain Names.

ENTERED this 19th day of September, 2019.

                                                          Hon. Liam O'Grady
                                                          United States District Judge